The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ALVARADO, a Washington resident; HEATHER ALVARADO, a Washington resident; and JENNIFER HUERTA, a Washington resident,<br><br>Defendants. | NO. 2:20-cv-01709-JLR<br><br>**STIPULATED MOTION TO EXTEND TIME RE: INITIAL SCHEDULING DATES, AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>January 22, 2021 |

Homesite Insurance Company of the Midwest ("Homesite"), along with Defendants Matthew Alvarado and Heather Alvarado (collectively, the "Alvarados"), and Defendant Jennifer Huerta ("Ms. Huerta") (collectively, the "Parties), by and through their undersigned attorneys, respectfully submit this Stipulated Motion to Extend Time re: Initial Scheduling Dates, and [Proposed] Order.

The Parties attended mediation in the Underlying Lawsuit on January 11, 2021. The Parties were unable to reach an agreement at the mediation, but continue settlement discussions, which could alleviate further proceedings in this coverage action.

STIPULATED MOTION TO EXTEND TIME RE: INITIAL
SCHEDULING DATES, AND [PROPOSED] ORDER - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7315685.1

1  The Parties held an initial FRCP 26(f) Conference on January 21, 2021 and discussed the need to extend the remaining Initial Scheduling Dates by two (2) weeks. They agree to an extension of the below deadlines to allow the settlement process to continue.

The Parties submit that the above shows good cause to extend these deadlines as set forth below. The Parties agree, and respectfully request, that the Initial Scheduling Dates be extended as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | February 5, 2021 | February 22, 2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | February 12, 2021 | February 22, 2021 |

STIPULATED TO AND DATED this 22nd day of January, 2021.

s/ Eliot M. Harris
Eliot M. Harris, WSBA # 36590
s/ Miles J. M. Stewart
Miles J. M. Stewart, WSBA # 46067
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:  (206) 628-6600
Fax:  (206) 628-6611
Email: eharris@williamskastner.com
       mstewart@williamskastner.com

*Attorneys for Plaintiff*
*Homesite Insurance Company of the Midwest*

s/ William A. Kinsel
William A. Kinsel, WSBA # 18077
**LAW OFFICES OF WILLIAM A. KINSEL, PLLC**
Fourth & Battery Building
2401 Fourth Avenue, Suite 850
Seattle, WA 98121
Tel:  (206) 706-8148
Email: wak@kinsellaw.com

*Attorneys for Defendants*
*Matthew Alvarado and Heather Alvarado*

STIPULATED MOTION TO EXTEND TIME RE: INITIAL
SCHEDULING DATES, AND [PROPOSED] ORDER - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7315685.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*s/ Roger S. Davidheiser*
Roger S. Davidheiser, WSBA # 18638
**FRIEDMAN | RUBIN PLLP**
1109 1st Avenue, Suite 501
Seattle, WA 98101
Tel:    (206) 501-4446
Email: rdavidheiser@friedmanrubin.com

***Attorneys for Defendant***
***Jennifer Huerta***

STIPULATED MOTION TO EXTEND TIME RE: INITIAL
SCHEDULING DATES, AND [PROPOSED] ORDER - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7315685.1

# ORDER

Pursuant to stipulation, IT IS SO ORDERED.

The remaining Initial Scheduling Dates shall be:

| Event | New Deadline |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1): | February 22, 2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | February 22, 2021 |

DATED this 24th day of JAN., 2021.

The Honorable James L. Robart

**PRESENTED BY:**

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA # 36590
*s/ Miles J. M. Stewart*
Miles J. M. Stewart, WSBA # 46067
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:    (206) 628-6600
Fax:   (206) 628-6611
Email: eharris@williamskastner.com
         mstewart@williamskastner.com

*Attorneys for Plaintiff*
*Homesite Insurance Company of the Midwest*

STIPULATED MOTION TO EXTEND TIME RE: INITIAL SCHEDULING DATES, AND [PROPOSED] ORDER - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7315685.1

1  *s/ William A. Kinsel*
   William A. Kinsel, WSBA # 18077
2  **LAW OFFICES OF WILLIAM A.
   KINSEL, PLLC**
3  Fourth & Battery Building
   2401 Fourth Avenue, Suite 850
4  Seattle, WA 98121
5  Tel:   (206) 706-8148
   Email: wak@kinsellaw.com
6
7  *Attorneys for Defendants
   Matthew Alvarado and Heather Alvarado*
8
   *s/ Roger S. Davidheiser*
9  Roger S. Davidheiser, WSBA # 18638
   **FRIEDMAN | RUBIN PLLP**
10 1109 1st Avenue, Suite 501
   Seattle, WA 98101
11 Tel:   (206) 501-4446
   Email: rdavidheiser@friedmanrubin.com
12
13 *Attorneys for Defendant
   Jennifer Huerta*
14

STIPULATED MOTION TO EXTEND TIME RE: INITIAL SCHEDULING DATES, AND [PROPOSED] ORDER - 5

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7315685.1