The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ALVARADO, a Washington resident; HEATHER ALVARADO, a Washington resident; and JENNIFER HUERTA, a Washington resident,<br><br>Defendants. | NO. 2:20-cv-01709-JLR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF FEES AND COSTS**<br><br>**NOTED ON MOTION CALENDAR:**<br>March 30, 2022 |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice, and without costs and/or attorneys' fees as to any party, and the Court having reviewed the Joint Stipulation and the records and files herein, and finding good cause, now, therefore, it is hereby ORDERED that the Parties' Stipulation of Dismissal With Prejudice is GRANTED.

IT IS FURTHER ORDERED that all claims between the Parties are DISMISSED with prejudice, and without costs or attorney fees awarded to any party. This case is closed.

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT
AWARD OF FEES AND COSTS - 1
(2:20-cv-01709-JLR)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7559375.1

DATED this 30th day of March, 2022.

*[signature]*

The Honorable James L. Robart

**PRESENTED BY:**

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA # 36590
*s/ Miles J. M. Stewart*
Miles J. M. Stewart, WSBA # 46067
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:   (206) 628-6600
Email: eharris@williamskastner.com
           mstewart@williamskastner.com

*Attorneys for Plaintiff Homesite Insurance Company of the Midwest*

*s/ William A. Kinsel*
William A. Kinsel, WSBA # 18077
**LAW OFFICES OF WILLIAM A. KINSEL, PLLC**
Fourth & Battery Building
2401 Fourth Avenue, Suite 850
Seattle, WA 98121
Tel:   (206) 706-8148
Email: wak@kinsellaw.com
           lori@kinsellaw.com

*Attorneys for Defendants Matthew Alvarado and Heather Alvarado*

*s/ Roger Davidheiser*
Roger Davidheiser, WSBA # 18638
**FRIEDMAN | RUBIN PLLP**
1109 1st Avenue, Suite 501
Seattle, WA 98101
Tel:   (206) 501-4446
Email: rdavidheiser@friedmanrubin.com
           agust@friedmanrubin.com

*Attorneys for Defendant Jennifer Huerta*

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF FEES AND COSTS - 2
(2:20-cv-01709-JLR)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7559375.1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

DATED this 30th day of March, 2022.

*s/Eliot M. Harris*
Eliot M. Harris, WSBA #36590

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF FEES AND COSTS - 3
(2:20-cv-01709-JLR)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7559375.1